■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY GEORGE, Appellant. [738 NYS2d 880] —Appeal by the defendant from a judgment of the County Court, Orange County (DeRosa, J.), rendered December 8, 1999, convicting him of criminal possession of a weapon in the second degree, criminal possession of a weapon in the third degree, and reckless endangerment in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to preserve for appellate review the issue of whether the trial court erred in permitting a witness to testify without meeting the requirements of CPL 60.25 (*see, People v Martin,* 50 NY2d 1029, 1031; *People v Udzinski,* 146 AD2d 245). In any event, the defendant's attempt to apply CPL 60.25 to the circumstances here is misplaced, as no witness identification of the defendant was involved (*see,* CPL 60.25; *People v Bayron,* 66 NY2d 77).

The defendant's remaining contention is not properly before this Court (*see, People v Ford,* 69 NY2d 775, 777; *People v Kalaj,* 247 AD2d 633, 634). S. Miller, J.P., Schmidt, Crane and Cozier, JJ., concur.